# Green & Willstatter

ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/12
```

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: WILLSTATTER@MSN.COM

March 5, 2012

*By Fax*
Hon. J. Paul Oetken
United States District Court
500 Pearl Street
New York, New York 10007

Re: *United States v. Zemlyansky (Pavel Pozansky)*
S1 12 Cr. 171 (JPO)

Dear Judge Oetken:

On February 29, 2012, United States Magistrate Judge Theodore H. Katz released Pavel Poznansky, the defendant, on a $100,000 personal recognizance bond secured by $5,000 cash, among other conditions. The court ordered Mr. Pozanansky not to submit billings to No Fault, Medicare or Medicaid. However, the court did not prohibit Mr. Poznansky from opening financial or credit accounts without the approval of Pretrial Services (although such prohibitions were applied to some other defendants that day). The defense and the government agree that no such condition was sought by the government and that the court made no such order on the record. However, we have learned that, in the rush of preparing the bail release orders for the many defendants in this case, the clerk added this prohibition onto the order for the defendant's release which he signed at approximately 7:00 pm that evening.

Accordingly, this is an application to strike that portion of the defendant's conditions of bail prohibiting him from opening new financial or credit card accounts without the approval of Pretrial Services.

The government does not oppose this application.

Very truly yours,

*Richard D. Willstatter*
RICHARD D. WILLSTATTER

cc: Daniel S. Goldman, Esq.
Assistant United States Attorney

**APPLICATION GRANTED:**

3/5/12

HON. J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE